**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREENLEAF PROPERTIES, | CASE NO. CV F 07-1479 LJO DLB |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| ADMINISTRATOR OF THE GENERAL SERVICES ADMINISTRATION, | |
| Defendant. / | |

This Court DIRECTS the clerk to administratively close this action.

IT IS SO ORDERED.

**Dated:   November 20, 2007**                   /s/ Lawrence J. O'Neill
                                                                     UNITED STATES DISTRICT JUDGE

1